# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RICHARD G. MOONEY, II**                                                                        **PLAINTIFF**

**VS.**                                         **3:05CV0006**

**CNH AMERICA, L.L.C. AND**
**CNH GLOBAL, N.V.,**
**CASE L.L.C.,**
**INTERNATIONAL HARVESTER**                                              **DEFENDANTS**

## ORDER

Pending is Defendants' motion to compel. (Docket # 10). Plaintiff has now filed supplemental answers to Interrogatories and Requests for Production of Documents, accordingly, Defendant's motion is denied without prejudice to renew if deficiencies are discovered in the responses provided by Plaintiff.

IT IS SO ORDERED this 8th day of August, 2006.

_____
James M. Moody
United States District Judge