## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RICHARD G. MOONEY, II**                                                              **PLAINTIFF**

**VS.**                                        **3:05CV0006**

**CNH AMERICA, L.L.C. AND**
**CNH GLOBAL, N.V.,**
**CASE L.L.C.,**
**INTERNATIONAL HARVESTER**                                          **DEFENDANTS**

**and**

**RICHARD G. MOONEY, SR. and**
**RUSSELL J. MOONEY**                                                 **THIRD-PARTY**
                                                                      **DEFENDANTS**

## ORDER

Pending is the parties' joint motion for a continuance. (Docket # 30). For good cause shown, the motion is GRANTED. The case will be removed from the trial docket the week of October 22, 2007. An amended scheduling order will be entered forthwith.

IT IS SO ORDERED this 30th day of August, 2007.

/s/ James M. Moody
James M. Moody
United States District Judge